AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00158 |
| Peter Malone | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 5/2/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Peter Malone,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building .

Date:  05/02/2024

Zia M. Faruqui
*Issuing officer's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/02/2024, and the person was arrested on *(date)* 05/08/2024
at *(city and state)* Cleveland, OH.

Date: 05/08/2024

Nicholas [signature] FBI SA
*Arresting officer's signature*

Nicholas Visnich FBI SA
*Printed name and title*