IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:24-mj-00158-ZMF<br>Judge Zia M. Faruqui |
| PETER MALONE | |
| DEFENDANT. | |

## MOTION FOR ADMISSION OF ATTORNEY
### JEROME EMOFF *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c)(1) & (2), Defendant Peter Malone moves for the admission and appearance of attorney Jerome Emoff pro hac vice in the above-captioned action. This motion is supported by the Declaration of Jerome Emoff, filed herewith. As set forth in Mr. Emoff's declaration, he is admitted and an active member in good standing in the following bars and courts: The Ohio State Bar, The United States District Court for the Northern District of Ohio, The Sixth Circuit Court of Appeals, and The United States Supreme Court. This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 22nd day of May, 2024.

Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Local Counsel for Defendant*

# CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:  May 22, 2024       /s/ Charles R. Haskell
                     Charles R. Haskell
                     DC Bar No.: 888304007
                     641 Indiana Ave. NW
                     Washington, DC 20004
                     Tel. (202) 888-2728
                     Charles@CharlesHaskell.com
                     *Counsel for Defendant*

cc:

Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 252-7566
Adam.Dreher@usdoj.gov