IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PETER MALONE

DEFENDANT.

_____/

Case No. 1:24-mj-00158-ZMF
Judge Zia M. Faruqui

## DECLARATION OF JEROME EMOFF
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jerome Emoff, hereby declare:

1. My full name is Jerome Milton Emoff;

2. My office address and telephone number is 60 South Park Place, Painesville, OH 44077; 440-352-3391

3. I have been admitted to the following courts and bars: The Ohio State Bar, The District Court for the Northern District of Ohio, and The United States Supreme Court.

4. I certify that I have not been disciplined by any bar and I am in good standing with all bars to which I am admitted.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Painesville, OH this 21 day of May, 2024.

Respectfully submitted,

Jerome Emoff, Esq.