IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PETER MALONE

        DEFENDANT.

_____/

Case No. 1:24-mj-00158-ZMF
Judge Zia M. Faruqui

**[PROPOSED] ORDER**

This matter having come before this Court on a Motion for Admission Pro Hac Vice and,

**IT APPEARING TO THE COURT THAT:**

Mr. Jerome Emoff meets all the requirements of LCrR 44.1(c)(1) & (2), is a member in good standing of the Ohio State Bar,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Mr. Emoff be permitted to serve as *pro hac vice* counsel for the defendant Peter Malone in the above-captioned matter.

**SO ORDERED.**

_____          _____
    Date                                                  Zia M. Faruqui
                                                       United States Magistrate Judge