UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,	CASE NO. 1:24-mj-00158

    Plaintiff,

-vs-

PETER MALONE,

    Defendant.

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all Parties of record

I am admitted pro hac vice in this Court, and I appear in this case as lead counsel for:

PETER MALONE.

Date: May 29, 2024　　　　　　　　　　　　/s/ Jerome Emoff
　　　　　　　　　　　　　　　　　　　　　　JEROME EMOFF (0001425—Ohio)

　　　　　　　　　　　　　　　　　　　　　　60 South Park Place
　　　　　　　　　　　　　　　　　　　　　　Painesville, Ohio  44077
　　　　　　　　　　　　　　　　　　　　　　attyjeromeemoff@gmail.com
　　　　　　　　　　　　　　　　　　　　　　440-352-3391 (Office)
　　　　　　　　　　　　　　　　　　　　　　440-725-3123 (Cell)