# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 24-mj-158 |
| | : |
| **PETER MALONE,** | : |
| | |
| **Defendant.** | |

## ORDER

Based upon the representations in the Joint Status Report and Motion to Continue and Exclude Time under the Speedy Trial Act, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled for August 20, 2024, is continued to December 3, 2024 at 1:00 p.m.; and it is further

**ORDERED** that the time between August 20, 2024, and December 3, 2024, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide the parties additional time to process, organize, review, and produce discovery.

_____
The Hon. Zia M. Faruqui
United States Magistrate Judge