# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PETER MALONE,** )<br>)<br>**Defendant.** ) | **CASE NO. 1:24-mj-00158**<br><br>**JUDGE ZIA M. FARUQUI** |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney Richard H. Blake *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Richard H. Blake, filed herewith. As set forth in Mr. Blake's declaration, he is admitted and an active member in good standing the following courts and bars: the Ohio Bar; the New York Bar; U.S. District Court for the Northern District of Ohio; U.S. District Court for the Southern District of Ohio; and U.S. District Court for the Southern District of New York. This motion is supported and signed by Christopher B. Hopkins, an active and sponsoring member of the Bar of this Court.

Dated: September 10, 2024

Respectfully submitted,

*/s/ Christopher B. Hopkins*
CHRISTOPHER B. HOPKINS (1026945)
McDonald Hopkins LLC
Flagler Center Tower
501 South Flagler Drive, Suite 200
West Palm Beach, FL 33401
Phone: (561) 847-2346
Fax: (561) 472-2122
Email: chopkins@mcdonaldhopkins.com
*Attorney for Defendant, Peter Malone*

34118118.1