IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:24-mj-00158 |
| | ) | |
| **Plaintiff,** | ) | JUDGE ZIA M. FARUQUI |
| | ) | |
| v. | ) | |
| | ) | |
| **PETER MALONE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF RICHARD H. BLAKE
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard Henry Blake, hereby declare:

1. My name, office address, and telephone number are as follows:

Richard Henry Blake
McDonald Hopkins LLC
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114
(216) 348-5839

2. I have been admitted to the following courts and bars:

Southern District of New York; 1989; NY Bar No. 2260362
Ohio Northern District; 2/15/1996; OH Bar No. 0083374
Ohio Southern District 8/8/2007; OH Bar No. 0083374

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I certify that I have not been disciplined by any bar at any time.

4. I have previously been admitted *pro hac vice* one time in this Court.

5. I do not have an office located within the District of Columbia.

33842214.1

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cleveland, Ohio, on September 10, 2024.

Respectfully submitted,

*[signature]*

RICHARD H. BLAKE (0083374)
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Phone: 216-348-5839
Fax:  216-348-5474
rblake@mcdonaldhopkins.com

*Attorney for Defendant, Peter Malone*

33842214.1