**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:24-mj-00158** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE ZIA M. FARUQUI** |
| | ) | |
| v. | ) | |
| | ) | |
| **PETER MALONE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY RICHARD H. BLAKE *PRO HAC VICE***

The Court has reviewed the Defendant's motion for admission of attorney Richard H. Blake *pro hac vice*. Upon consideration of that motion, the Court grants attorney Richard H. Blake's *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                              **JUDGE ZIA M. FARUQUI**

33841757.1