IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-mj-00158 |
| | ) | |
| Plaintiff, | ) | JUDGE G. MICHAEL HARVEY |
| | ) | |
| v. | ) | |
| | ) | |
| PETER MALONE, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY RICHARD H. BLAKE *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney Richard H. Blake *pro hac vice*. Upon consideration of that motion, the Court grants attorney Richard H. Blake's *pro hac vice* admission to this Court.

**IT IS SO ORDERED.**

Dated: 09/12/2024

2024.09.12
16:35:00
-04'00'

THE HONORABLE G. MICHAEL HARVEY

33841757.1