NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  1:24-mj-00158

**PETER MALONE**
         (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Richard H. Blake
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Richard H. Blake (OH 0083374) (Pro Hac Vice)
*(Attorney & Bar ID Number)*
McDonald Hopkins LLC
*(Firm Name)*
600 Superior Ave., East, Suite 2100
*(Street Address)*
Cleveland          OH          44114
*(City)              (State)          (Zip)*
216-348-5839
*(Telephone Number)*