UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 24-mj-158-ZMF-1 |
| | : |
| PETER MALONE, | : |
| | : |
| Defendant. | : |

# ORDER

Upon consideration of counsel's motion to withdraw and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Jerome Emoff is no longer counsel of record. Mr. Emoff shall inform Defendant about this Order.

Date: 11/1/2024

_____
THE HONORABLE ZIA. M. FARUQUI
UNITED STATES MAGISTRATE JUDGE